JOSEPH B. MARTINDALE et al., as Receivers of MILLS & GIBB, Appellants, v. CHARLES DE KAY, Respondent.

*Martindale* v. *De Kay*, 180 App. Div. 926, affirmed.

(Argued June 6, 1918; decided July 12, 1918.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1917, *unanimously* affirming a judgment in favor of defendant entered upon a decision of the court at a Trial Term, a jury having been waived. The complaint alleged that on December 21, 1911, one William T. Evans, being then the president and treasurer of Mills & Gibb, signed and delivered to the defendant a check of Mills & Gibb, drawn on the Chemical National Bank, for $1,000, payable to the order of the defendant; that defendant received said check in discharge of a personal obligation of the said William T. Evans, and that by means of said check the said William T. Evans wrongfully and unlawfully withdrew $1,000 of the funds of Mills & Gibb, and applied same to his personal use, and that the said defendant received and accepted the same with notice and knowledge that the said funds were the funds of said Mills & Gibb. The answer admitted that said check was received in payment of a personal obligation of William T. Evans, denied that by means of said check the said William T. Evans wrongfully and unlawfully withdrew $1,000 of the funds of Mills & Gibb, and denied that in accepting said funds the defendant received and accepted the same with notice and knowledge that they were funds of Mills & Gibb.

*Joseph M. Hartfield* and *Vermont Hatch* for appellants. *Samuel Sobel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGHLIN, JJ.